UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV16-08042 JAK (JEMx) | Date | March 13, 2017 |
| Title | Southern California Regional Rail Authority v. Hyundai Rotem Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Allan L. Schare | Eric B. Schwartz |
| | Alycia Degen |

**Proceedings:**  **PLAINTIFF'S MOTION TO REMAND (DKT. 20)**

**PLAINTIFF AND COUNTER-DEFENDANT'S MOTION TO DISMISS COUNT TWO OF HYUNDAI ROTEM COMPANY'S FIRST AMENDED COUNTERCLAIMS (DKT. 39)**

**STATUS CONFERENCE RE AGREED UPON PRIVATE NEUTRAL**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand (the "Remand Motion") and deny Plaintiff/Counter-Defendant's Motion to Dismiss Count Two of Hyundai Rotem Company's First Amended Counterclaims (the "Motion"). Counsel address the Court. The Court takes the Remand Motion and Motion UNDER SUBMISSION and a ruling will be issued.

The status conference is held. The parties previously worked with Bruce Friedman. Defense counsel believes further discovery might be productive before participating in a meaningful mediation session. The Court leaves it to the parties as to when it would be best to participate in the mediation. However, the dates with respect to settlement remain. Dkt. 37, 38.

In light of the Motion, the April 3, 2017 hearing is taken off calendar. Dkt. 38.

**IT IS SO ORDERED.**

|  | : | 44 |
|---|---|---|
| Initials of Preparer | ak | |